[No. 606-2.   Division Two.   May 14, 1973.]

BOSKO INCORPORATED, *Respondent,* v. THE PORT OF TACOMA, *Appellant,* CASCADE ASPHALT PAVING COMPANY, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 180938, William L. Brown, Jr., J., entered November 29, 1971. *Affirmed as modified* by unpublished opinion per Petrie, J., concurred in by Pearson, C.J., and Armstrong, J.

[No. 1523-1.   Division One—Panel 1.   May 14, 1973.]

THRIFTY SUPPLY CO. OF SEATTLE, INC., *Respondent,* v. JAMES P. JONES *et al., Appellants,* VERN GAMBRIELL *et al., Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 725661, John C. Tuttle, J., entered February 23, 1972. *Affirmed* by unpublished per curiam opinion.

[No. 1337-1.   Division One—Panel 1.   May 21, 1973.]

STANLEY A. TOMBS, *Respondent,* v. NORTHWEST AIRLINES, INC., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 696356, James A. Noe, J., entered November 5, 1971. *Reversed* by unpublished opinion per Swanson, J., concurred in by Farris and James, JJ.

[Nos. 772-2; 916-2.   Division Two.   May 21, 1973.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN MICHAEL HUTT *et al., Appellants.*

Appeals from judgments of the Superior Court for Thurston County, No. C-4007, Robert J. Doran, J., entered April 12, 1972. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Pearson, C.J., and Armstrong, J.